PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrence Slaughter-Cabbell    Cr.: 03-00600-002

Name of Sentencing Judicial Officer: FAITH S. HOCHBERG

Date of Original Sentence: 12/14/04
Date of Violation of Supervised Release: 05/16/05

Original Offense: Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 371 [18 U.S.C. § 1344]

Original Sentence: 6 months probation
Violation of Supervised Release: 60 days community confinement center, 3 years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: 09/02/05

Assistant U.S. Attorney: Rachel A. Honig  Defense Attorney: Donald McCauley, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $203,722.26, of which $119,222.26 is to be paid to Affinity Federal Credit Union, Security Department, 73 Mountainview Boulevard, Basking Ridge, NJ 07920 and $84,500 is to be paid to Bank of America, 100 North Broadway, St. Louis, MO 63102-M02-100-09-19. The total amount of restitution shall be paid immediately.**'<br><br>As of the date of this report, the offender has not made a single restitution payment since her original sentence date on December 14, 2004. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender has failed to report as directed since November 2006 and has not submitted a monthly supervision report since January 2006. |

PROB 12C - Page 2
Terrence Slaughter-Cabbell

3   The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of any change of residence or employment.**'

The U.S. Probation Office attempted to conduct an employment visit at subject's last reported place of employment and was advised she is no longer employed by that company. Attempts to conduct a home visit or contact the offender at the last reported address have been unsuccessful.

4   The offender has violated the special supervision condition which states ' **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**'

The defendant failed report for DNA testing on December 8, 2006, as instructed by the US Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 01/03/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/10/07
Date